COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:        Albert Dewayne Beasley v. The State of Texas

Appellate case number:    01-11-00987-CR

Trial court case number:  10-CR-2663

Trial court:                      56th District Court, Galveston County, Texas

       It is **ordered** that the motion for en banc reconsideration is denied.

       It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                   ☐ Acting individually    ☑ Acting for the Court

The en banc Court consists of:  Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date:  February 26, 2013